1 JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 Telephone: (949) 722-0055
Fax:(949) 722-8416
4
Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Gracie L. Hill, aka<br><br>Gracie Robinson,<br><br>Defendant | No. CV A 12- 9050<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gracie L. Hill, aka Gracie Robinson, in the principal amount of $2,428.17 plus interest accrued to August 23, 2012, in the sum of $5,484.73; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$7,912.90**.

DATED: 10/31/2012         By:_____TERRY NAFISI_____
                                  Clerk of the Court
                                    L. RAYFORD
                          _____
                                  Deputy Clerk
                          United States District Court